## Flora M. Neilson, Appellant, v. William G. Neilson, Appellee.

**Gen. No. 11,493.**

Second District, First Division.

April 4, 1961.

Stewart R. Winstein, of Rock Island, for appellant; Reidy, Katz, McAndrews, Durkee & Telleen, of Rock Island, for appellee. Opinion by JUDGE McNEAL. **Not to be published in full.**